

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RANDALL R. INMAN, SR., )
)
    Plaintiff, )
)
v. )   Civil Action No. 3:09CV589-HEH
)
RICK GUNTER, )
)
    Defendant. )

## ORDER
### (Dismissing Action Without Prejudice Under 42 U.S.C. § 1983)

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that: the Report and Recommendation is ACCEPTED AND ADOPTED; the action is DISMISSED WITHOUT PREJUDICE; and the Clerk is DIRECTED to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Plaintiff may appeal the decision of the Court. Failure to file written notice of appeal within thirty (30) days of the date of entry hereof may result in the loss of the right to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Plaintiff.

Date: Oct 25, 2010
Richmond, Virginia

/s/
Henry E. Hudson
United States District Judge